UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| KAREN D. LOWRY )  )  vs. )  )  MICHAEL J. ASTRUE, )  Commissioner of Social Security )  ) | Case No. 09-3173-CV-S-RED-SSA |

\_  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

Finding the Administrative Law Judge's decision was based on substantial evidence, the Court AFFIRMS the decision of the Administrative Law Judge.

**IT IS SO ORDERED.**

July 22, 2010                                    Ann Thompson
Date                                             Clerk of the Court

Entered on: July 22, 2010                        s/ Karen Siegert
                                                 (By) Deputy Clerk